United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENRIQUE AQUILEO CONTRERAS MARTINEZ, <br> Plaintiff, <br><br> vs. <br><br> KRISTI NOEM, *et al*, <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO <br> 4:25-cv-03806 <br><br><br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

Plaintiff Enrique Aquileo Contreras Martinez filed a petition for writ of *habeas corpus* and equitable relief on August 14, 2025. Dkt 1. The next day, he filed the pending emergency motion for a temporary restraining order. Dkt 2.

Defendants are ORDERED to make a filing that shows cause with respect to Plaintiff's continued detention by August 19, 2025. See 28 USC §2243. A brief, reasonable extension may be requested, if necessary.

A hearing to consider the emergency motion for a temporary restraining order is now SET for August 22, 2025, at 4:00 pm.

SO ORDERED.

Signed on August 15, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge