United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ENRIQUE AQUILEO CONTRERAS MARTINEZ,<br>　　　　Plaintiff,<br><br>vs.<br><br>KRISTI NOEM, *et al*,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO<br>4:25-cv-03806<br><br><br><br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

　　Plaintiff commenced this action on August 13, 2025. Dkt 1. It is noted that Defendants haven't appeared and don't appear as yet to have been served.

　　Plaintiff is ORDERED to immediately provide, by email or similar prompt means and directed to representatives of Defendants with whom they have been in contact previously about this matter, copies of the complaint, the pending emergency motion, and the recent order setting hearing. See Dkts 1 (complaint), 2 (motion) & 3 (order).

　　For the avoidance of doubt, service for purposes of this Order isn't a substitute for the requirements set forth in Rule 4 of the Federal Rules of Civil Procedure. It is instead solely to provide Defendants advance notice so that they may avail themselves of an opportunity to be heard at hearing.

　　SO ORDERED.

　　Signed on August 15, 2025, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Charles Eskridge
　　　　　　　　　　　　　　　　United States District Judge