United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENRIQUE AQUILEO CONTRERAS MARTINEZ,<br>　　　　Petitioner, | § § § § § § | CIVIL ACTION NO<br>4:25-cv-03806 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, *et al*,<br>　　　　Respondents. | § § § § | |

ORDER GRANTING MOTION
FOR TEMPORARY RESTRAINING ORDER

The motion by Petitioner Enrique Aquileo Contreras Martinez for a temporary restraining order is GRANTED. Dkt 2.

Petitioner has satisfied the requirements for a temporary restraining order. See *Mississippi Power & Light Co v United Gas Pipe Line Co*, 760 F2d 618, 621 (5th Cir 1985).

*First*, Petitioner has demonstrated a likelihood of success on the merits of his pending petition for a writ of *habeas corpus*. In short, an immigration judge issued a valid bond order, which the Government hasn't timely appealed.

*Second*, Petitioner remains in custody and will suffer irreparable harm absent injunctive relief, including continued detention in violation of constitutional and statutory protections and disenrollment from college.

*Third*, the balance of the equities favors Petitioner, given that he is presently entitled to relief on the terms set as noted above.

*Fourth*, the public interest is served by the orderly enforcement of immigration laws in all respects.

Petitioner has provided notice of electronic payment of the immigration bond. Dkt 10. Government counsel advised at hearing this morning that the amount remains pending in the Government's electronic payment system for approval.

Also at hearing this morning, Petitioner counsel provided a certified cashier's check in the bond amount to the Court. Government counsel observed that the check appears to be valid in all respects. The undersigned agrees.

It is ORDERED that Respondents are RESTRAINED from holding the Petitioner in custody.

It is ORDERED that Respondents must by 5:00 pm today release Petitioner.

It is ORDERED that Respondents must promptly finalize processing of the pending electronic payment currently under review in the Government's system.

It is ORDERED that (i) if the electronic payment is approved and accepted by the Government, then the certified cashier's check will be returned to Petitioner, but (ii) if the electronic payment is not approved and instead rejected by the Government, then the check will be given over to Government counsel.

This Temporary Restraining Order is effective immediately and shall remain in effect for fourteen days, unless extended by the Court for good cause shown or by consent of the parties under Federal Rule of Civil Procedure 65(b)(2).

SO ORDERED.

Signed on August 25, 2025, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge